**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4172-19

STEVEN J. PITIAK,

     Plaintiff-Appellant,

v.

TC & SONS AUTO REPAIR
and TOWING, LLC, THOMAS
CORSENTINO and KIANA
CORESNTINO,

     Defendants-Respondents,

and

NEW JERSEY MOTOR
VEHICLE COMMISSION,

     Respondent.

_____

Submitted April 12, 2021 – Decided April 29, 2021

Before Judges Messano and Hoffman.

On appeal from the Superior Court of New Jersey, Law
Division, Ocean County, Docket No. L-0671-20.

Arthur H. Lang, attorney for appellant.

Todd Wilson, attorney for respondents TC & Sons Auto Repair and Towing, LLC, Thomas Corsentino and Kiana Corsentino.

Gurbir S. Grewal, Attorney General, attorney for respondent New Jersey Motor Vehicle Commission (Melissa H. Raksa, Assistant Attorney General, of counsel; Vivek N. Mehta, Deputy Attorney General, on the brief).

PER CURIAM

Since this appeal was filed, appellant Steven J. Pitiak died. Appellant's counsel has advised the court that the appeal is withdrawn.

Dismissed with prejudice.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION